

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2020

No. 04-20-00220-CR

Rickey Donnell **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7034
Steve Hilbig, Judge Presiding

## O R D E R

The State's second motion for an extension of time to file its brief is GRANTED. The State's brief is due on or before **December 23, 2020**. **No further extensions will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court